UNITED STATES DISTRICT COURT

EASTERN DISTRICT FOR LOUISIANA

NEW ORLEANS DIVISION

TONEY LEE JONES AND
JOY JONES

NO. 10-4383

VERSUS

SECTION: SECT. N MAG. 3

COASTAL CARGO COMPANY, INC.,
GEDEN LINES, INC. AND THE ICON
FANTASTIC, L.L.C.

MAGISTRATE:

*******************************************************************

## COMPLAINT UNDER THE GENERAL MARITIME LAW

TO THE HONORABLE, THE JUDGES OF THE UNITED STATES DISTRICT

COURT FOR THE EASTERN DISTRICT OF LOUISIANA, NEW ORLEANS DIVISION:

NOW COMES plaintiffs, TONEY LEE JONES AND JOY JONES, full age

domiciliaries of the Parish of Orleans, State of Louisiana, complaining of GEDEN LINES, INC.

AND THE ICON FANTASTIC, L.L.C., foreign corporations organized under laws other than the

state of Louisiana but doing business in Louisiana, and COASTAL CARGO COMPANY, INC.,

a domestic Louisiana Corporation made defendants in this cause of action who would

respectfully suggest unto this Honorable Court the following:

1.

Plaintiffs are full age residents and domiciliaries of the State of Louisiana; defendants

GEDEN LINES AND ICON FANTASTIC, L.L.C. are foreign corporations organized under laws

other than the state of Louisiana doing business in this Parish and State; defendant, COASTAL

CARGO COMPANY, INC. is a Louisiana domestic corporation.

2.

Defendant, GEDEN LINES AND ICON FANTASTIC, L.L.C. at all pertinent times hereto was the operator and owner of the M/V FANTASTIC, a bulk carrier on which your petitioner was working as a machinist on or about October 23, 2010; defendant, COASTAL CARGO COMPANY, INC. is a domestic corporation organized under laws of the state of Louisiana and doing business in this Parish and State and, at all pertinent times hereto was engaged in stevedoring and marine cargo handling for the M/V FANTASTIC on or about October 23, 2010.

3.

This is a case of admiralty and maritime jurisdiction brought pursuant to the admiralty and general maritime law as hereinafter more fully appears.

4.

Venue is proper in this matter pursuant to the admiralty and maritime laws of the United States and defendants do business in the state of Louisiana and are amenable to service of process here. The situs of this accident was the COSTAL CARGO terminal located on Louisiana Avenue in New Orleans, Louisiana.

5.

At all pertinent times hereto plaintiff, TONEY LEE JONES was employed for Associated Marine and Industrial Staffing as a machinist; plaintiff, JOY JONES, is the wife of plaintiff, TONEY LEE JONES.

6.

On or about October 23, 2010 plaintiff was climbing a rope ladder attached to the M/V FANTASTIC when the rope became untied, causing plaintiff to fall onto a barge; plaintiff

maintains that a crewman working on the M/V FANTASTIC, untied and/or loosened the ladder without petitioner's knowledge and that the defendant, COASTAL CARGO COMPANY, INC. failed to provide safety measures to prevent the ladder from being properly secured at the time that plaintiff was embarking on the M/V FANTASTIC.

7.

By reason of the occurrence made the basis of this action, including the conduct on the part of the defendants, plaintiff sustained severe bodily injuries and damages as prescribed below:

Contusions and lacerations of the body; fractures of both wrists; acute cervical and lumbar strain; cerebral contusion and concussion.

8.

As a result of said injuries plaintiff has suffered physical pain, mental anguish and in all reasonable medical probability will continue to do so for the balance of his natural life. His wife, JOY JONES has suffered loss of consortium, nurture and support.

9.

As a result of the foregoing injuries plaintiff has suffered a loss of past, present and future lost wages, loss of capacity to work and earn money in the future and in all reasonable probability his earning capacity has been impaired permanently. Plaintiff has incurred a permanent impairment to his body and wrists.

10.

Pleading further in the alternative if it should be shown that plaintiff was suffering from some pre-existing injury, disease or condition, then such was aggravated and/or exacerbated as a proximate cause or result of the occurrence made the basis of this lawsuit.

11.

Plaintiffs itemize their damages as follows:

TONEY JONES

Past, present and future medical expenses - $150,000.00

Pain and suffering - $500,000.00

Permanent residual disability - $200,000.00

Emotional stress and strain - $150,000.00

Past, present and future loss wages and loss of earning capacity - $300,000.00

TOTAL                              $1,300,000.00

JOY JONES

Loss nurture and support - $200,000.00

Loss of consortium - $200,000.00

TOTAL - $400,000.00

12.

Plaintiffs allege that the defendants were jointly, severally and in solido negligent as follows:

COASTAL CARGO COMPANY, INC., GEDEN LINES AND ICON FANTASTIC, L.L.C.

    a)    Failing to insure that the rope ladder was properly tied;

    b)    Failing to properly inspect the rope ladder;

    c)    Failing to furnish petitioner with a safe place to work.

GEDEN LINES AND ICON FANTASTIC, L.L.C.

    a)    Untying the rope ladder without petitioner's knowledge;

b) Failing to furnish petitioner with a safe place to work.

13.

Plaintiff demands trial by jury in accordance with the Federal Rules of Civil Procedure.

WHEREFORE, premises considered, the plaintiffs pray for judgment against said defendants COASTAL CARGO COMPANY, INC., GEDEN LINES AND ICON FANTASTIC, L.L.C. jointly, severally and in solido in the full sum of ONE MILLION SEVEN HUNDRED THOUSAND DOLLARS AND NO/100 ($1,700,000.00) for all costs of court, for legal interest from date of judicial demand until paid, for trial by jury and for other and further relief as in law and equity to which they may be entitled.

Respectfully submitted,

_____
DARLEEN M. JACOBS (#7208)
KENNETH CHARBONNET, ESQ.
*A Professional Law Corporation*
823 St. Louis Street
New Orleans, Louisiana 70112
(504) 522-0155 and (504) 522-3287
Counsel for Plaintiffs, TONEY LEE JONES
AND JOY JONES

PLEASE SERVE DEFENDANTS AS FOLLOWS:

COASTAL CARGO COMPANY, INC.
Through its agent for service of process
C T Corporation System
5615 Corporate Blvd., Ste. 400B
Baton Rouge, LA 70808

GEDEN LINES, INC. AND ICON FANTASTIC, L.L.C.
(HOLD SERVICE FOR INSTRUCTIONS)